CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
October 22, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **JENNIFER NICHOLE SWIGER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00063 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **FRANK J. BISIGNANO,** | ) | JUDGE JAMES P. JONES |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

The decision of the Commissioner of Social Security is AFFIRMED. The Clerk shall close the case.

ENTER: October 22, 2026

/s/ JAMES P. JONES
Senior United States District Judge